No. 00–8866. CASTILLO v. JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–8869. ADKINS v. SIEGELMAN, GOVERNOR OF ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–8870. BARRIOS v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–8871. BARNES v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–8872. BEST v. SAMJO REALTY CORP. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 00–8873. LUCABAUGH v. REDEVELOPMENT AUTHORITY OF CITY OF READING. C. A. 3d Cir. Certiorari denied.

No. 00–8888. GILKEY v. DEPARTMENT OF FAMILY AND CHIL-DREN'S SERVICES OF CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 00–8889. GILKEY v. SANTA CLARA COUNTY DEPARTMENT OF FAMILY AND CHILDREN'S SERVICES. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 00–8890. FELIX v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–8897. SCHOENFELD ET AL. v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–8899. REID v. CITY OF FLINT ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–8904. NICOLAOU v. MISSISSIPPI ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–8907. MOORE v. NEW YORK STATE BOARD OF PAROLE. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.